[No. 41450-3-II.  Division Two.  April 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL A. FONTENOT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-05959-3, Elizabeth P. Martin, J., entered October 26, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.

[No. 41486-4-II.  Division Two.  April 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS JAMES STEWART, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 10-1-00557-7, Russell W. Hartman, J., entered November 19, 2010. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 42015-5-II.  Division Two.  April 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY R. BAUGH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-01757-9, Susan Serko, J., entered March 25, 2011. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Van Deren, J.

[No. 30499-0-III.  Division Three.  April 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNATHON MICHAEL LAINE, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 10-1-00013-4, George L. Wood, J., entered August 26, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, C.J., and Siddoway, J.